478 A.2d 108

Commonwealth v. Brinkley, Appellant.
Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted May 18, 1984.
Paulette J. Balogh, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.

478 A.2d 108

Commonwealth v. Brookins, Appellant.
Petition for Allowance of Appeal
Denied Sept. 27, 1984.

Submitted April 12, 1984.
Diane B. Quinlin, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.